Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
MAY 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:            CLERK, U.S. BANKRUPTCY COURT

Re:            UNDISTRIBUTED FUNDS

Debtor:        KARL R BRUAN
               167 N CONEJO SCHOOL RD
               THOUSAND OAKS, CA 91362

Case No.:      SV07-14305-MT

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| KARL R BRUAN<br>167 N CONEJO SCHOOL RD<br>THOUSAND OAKS, CA 91362 | $38.44 |

Dated:  April 29, 2011                              _Elizabeth J Rojas_
                                                    Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0829692
Check Date: 04/21/2011
Check Amt: 38.44

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0714305 | Claim #: 00000 | KARL R BRUAN | | 0.00 | 0.00 | 38.44 | 38.44 |
| | | | TOTALS | 0.00 | 0.00 | 38.44 | 38.44 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 21, 2011
CHECK NO.: 0829692

CHECK AMOUNT
$*********38.44

VOID AFTER 60 DAYS

BRUAN, KARL R

Case No: 0714305

PAY ONLY **38.44** THREE EIGHT PERIOD FOUR FOUR

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $38.44

*Elizabeth F Rojas*

⑈0829692⑈ ⑆122044300⑆ 001⑈111690⑈